JOSEPH L. PRAGER v. NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY OF NEWARK, N. J.   (Action No. 2.) — Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 12, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MINNIE BERGER v. JOHN T. McNEIL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Arbitration between S. FRANK HYMAN and ROMIE LUNZER. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNIVERSAL STEEL EXPORT CO., INC., v. N. & G. TAYLOR CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH POSGAY v. WESTINGHOUSE, CHURCH, KERR & CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appeal to be promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY ELIZABETH McCOLGAN, as Executrix, etc., v. HARRY DODDS.— Motion to dismiss appeal denied, with leave to renew if the appeal is not promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID METZGER v. HARRISON C. GLORE.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed so appeal can be argued on or before January 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL SULTAN v. JULIUS CORN.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PIERCE BARRON GARDINER v. MARGARET (Also Known as MADGE) GARDINER. — Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion granted to the extent indicated in order; in all other respects motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY LICHTENSTEIN v. PAUL ROSE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.